Fill in this information to identify the case:

United States Bankruptcy Court for the:

Western District of Washington

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | DADU Homes, SPC |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Dadoo Homes SPC |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 3 – 2 3 6 0 3 1 3 |

**4. Debtor's address**

**Principal place of business**

3421 N 29th St
Number        Street

Tacoma, WA 98407-6250
City                          State      ZIP Code

Pierce
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | https://www.daduhomes.com/ |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    2    3    6    1

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br><br>☑ Chapter 7<br><br>☐ Chapter 9<br><br>☐ Chapter 11. *Check **all** that apply:* |

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br><br>☐ Yes. District _____ When _____ Case number _____<br>                         MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                         MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br><br>☑ Yes. Debtor  Kenneth Miller        Relationship  President<br>       District  Western District of Washington        When _____<br>                                                  MM / DD / YYYY<br>       Case number, if known  To Be Filed |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | |
|---|---|
| Number | Street |

| | | | |
|---|---|---|---|
| City | | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49    ☑ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000

☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion

☑ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __07/03/2023__
             MM/  DD/  YYYY

**X** __/s/ Kenneth Miller__                                    __Kenneth Miller__
Signature of authorized representative of debtor              Printed name

Title  _____President_____

**18. Signature of attorney**

**X** _____/s/ Kathryn P. Scordato_____      Date __07/03/2023__
Signature of attorney for debtor                              MM/  DD/  YYYY

__Kathryn P. Scordato__
Printed name

__Scordato Law, PLLC__
Firm name

__PO Box 1962__
Number        Street

__Seattle__                                __WA__      __98111-1962__
City                                       State     ZIP Code

__(206) 223-9595__                          __kathryn@scordatolaw.com__
Contact phone                               Email address

__41922__                                   __WA__
Bar number                                  State

Fill in this information to identify the case:

Debtor name        DADU Homes, SPC

United States Bankruptcy Court for the:
       Western District of Washington

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.** **Cash on hand**     _____

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **US Bank - Operating Account** | **Checking account** | **3826** | **($9,707.00)** |
| 3.2 **US Bank - Payroll/Tax Account** | **Checking account** | **3834** | **$0.00** |

**4.** **Other cash equivalents** *(Identify all)*
**None**

**5.** **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | **($9,707.00)** |

### Part 2:   Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
**None**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**

   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    $0.00

---

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    |  | **Current value of debtor's interest** |
    |---|---|

11. **Accounts Receivable**

    11a. 90 days old or less:   _____ - _____ = ...... ➔    _____
                                face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ - _____ = ...... ➔    _____
                                face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    $0.00

---

### Part 4:   Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    |  | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:                                   % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

None

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                    $0.00

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

19. **Raw materials**

| 19.1  **Tile - 8 boxes, mixed colors** | **06/28/2023** | **$100.00** | **Original Cost** | **$100.00** |
| | MM / DD / YYYY | | | |

Additional Page Total - *See continuation page for additional entries*                                            $3,550.00

20. **Work in progress**

None

21. **Finished goods, including goods held for resale**

None

22. **Other inventory or supplies**

| 22.1  **Misc. Office Supplies - Not Separately Itemized** | **06/28/2023** | **$1,800.00** | **Comparable** | **$1,800.00** |
| | MM / DD / YYYY | | | |

Additional Page Total - *See continuation page for additional entries*                                             $725.00

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                              $6,175.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

None

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

None

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

None

**31.** **Farm and fishing supplies, chemicals, and feed**

None

**32.** **Other farming and fishing-related property not already listed in Part 6**

None

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.    _____$0.00

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **None** | | | |
| **40. Office fixtures** | | | |
| 40.1 __2 LG Clothes Dryers__ | $600.00 | Replacement Cost | $600.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 __Printer/Copier__ | $900.00 | Comparable | $900.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $1,155.00 |

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                      $2,655.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

47.1 **2007 Ford F150** _____     $5,500.00   Comparable _____     $5,500.00

48. **Watercraft, trailers, motors, and related accessories** *Examples*:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    **None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery
    and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                              $5,500.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑No
    ☐Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑No
    ☐Yes

**Part 9:** Real Property

54. **Does the debtor own or lease any real property?**
    ☑No. Go to Part 10.
    ☐Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.     $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑No
    ☐Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:** Intangibles and Intellectual Property

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 **7 Building Plans, Permit-able** | **$20,000.00** | **Original Cost** | **$20,000.00** |
| **61. Internet domain names and websites** | | | |
| 61.1 **Website - www.daduhomes.com** | **$2,500.00** | **Original Cost** | **$2,500.00** |
| **62. Licenses, franchises, and royalties** | | | |
| **None** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **None** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 **Contracts** | **$3,000.00** | **Original Cost** | **$3,000.00** |
| **65. Goodwill** | | | |
| 65.1 **Goodwill** | **(Unknown)** | | **$25,000.00** |

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.      **$50,500.00**

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

|  |  |  |  |
|---|---|---|---|
| **Loans to Kenneth Miller (Transfers from DADU Homes' Operating Accounts to Mr. Miller's Accounts - Subject to Offset by Mr. Miller's** | $54,967.19 | - $54,967.19 | ➡ $0.00 |
| 71.1 **Deferred Wage Claim on Sch. E)** | Total face amount | doubtful or uncollectible amount | |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None

**73. Interests in insurance policies or annuities**

None

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

None

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None

**76. Trusts, equitable or future interests in property**

None

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

None

**78. Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                    $0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12:  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($9,707.00) | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $6,175.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $2,655.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,500.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................... → | | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $50,500.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $55,123.00 + 91b. | $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ..................................................................................... | | $55,123.00 |

■  **Additional Page**

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials - *Continued*** | | | | |
| 19.2  Flooring - 6 boxes, mixed types | 06/28/2023 MM / DD / YYYY | $250.00 | Original Cost | $250.00 |
| 19.3  Kitchen Cabinets - White Shaker, upper | 06/28/2023 MM / DD / YYYY | $300.00 | Original Cost | $300.00 |
| 19.4  TrusJoist Connectors - mixed types | 06/28/2023 MM / DD / YYYY | $100.00 | Original Cost | $100.00 |
| 19.5  Door knobs and locks | 06/28/2023 MM / DD / YYYY | $50.00 | Original Cost | $50.00 |
| 19.6  Ceiling fans/lights | 06/28/2023 MM / DD / YYYY | $350.00 | Original Cost | $350.00 |
| 19.7  Other Misc. Materials - Not Specifically Itemized | 06/28/2023 MM / DD / YYYY | $2,500.00 | Comparable | $2,500.00 |
| **22. Other inventory or supplies - *Continued*** | | | | |
| 22.2  Letterhead Stationary and Envelopes | 06/28/2023 MM / DD / YYYY | $150.00 | Replacement Cost | $150.00 |
| 22.3  Business Cards | 06/28/2023 MM / DD / YYYY | $35.00 | Replacement Cost | $35.00 |
| 22.4  6 Plan Tubes | 06/28/2023 MM / DD / YYYY | $90.00 | Replacement Cost | $90.00 |
| 22.5  3 Job Site Signs | 06/28/2023 MM / DD / YYYY | $450.00 | Original Cost | $450.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41. Office equipment - *Continued*** | | | |
| 41.2  DeWalt Reciprocating Saw | $250.00 | Comparable | $250.00 |
| 41.3  DeWalt Drill (Small) | $125.00 | Comparable | $125.00 |
| 41.4  DeWalt Batteries | $400.00 | Comparable | $400.00 |
| 41.5  3 Rakes | $90.00 | Comparable | $90.00 |
| 41.6  3 Shovels | $90.00 | Comparable | $90.00 |
| 41.7  Truck-bed Tool Box | $200.00 | Comparable | $200.00 |

Case 23-41063-BDL    Doc 1    Filed 07/03/23    Ent. 07/03/23 17:01:36    Pg. 14 of 77

☐ Check if this is an
  amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**     List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

Business Impact NW

**Creditor's mailing address**

Seattle Economic Development Fund

1437 S Jackson St

Seattle, WA 98144

**Creditor's email address, if known**

**Date debt was incurred**     09/08/2021

**Last 4 digits of account number**     ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

UCC-1

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $90,000.00     Column B: unknown

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $250,000.00

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of _3_

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | Do not deduct the value of collateral. | |

**2.2** **Creditor's name**

US Small Business Administration

**Creditor's mailing address**

409 3rd St SW

Washington, DC 20416

**Creditor's email address, if known**

_____

| Date debt was incurred | 9/18/2021 |
|---|---|

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

EIDL Program

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $160,000.00

Column B: unknown

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| US Small Business Administration<br>2401 4th Ave Ste 400<br>Seattle, WA 98121 | Line 2. _2_ | __ __ __ __ |
| US Attorney's Office<br>Attn: Civil Process Clerk<br>700 Stewart St Room 5220<br>Seattle, WA 98101 | Line 2. _2_ | __ __ __ __ |
| US Small Business Administration<br>1545 Hawkins Blvd Ste 202<br>El Paso, TX 79925-2654 | Line 2. _2_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Form 206D          Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**

          page _3_ of _3_

Debtor name          DADU Homes, SPC

United States Bankruptcy Court for the:

          Western District of Washington

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,000.00 | $26,000.00 |
|---|---|---|---|
| Aaron and Jennifer Jacobs | ☐ Contingent | | |
| 1218 North I St | ☐ Unliquidated | | |
| Tacoma, WA 98403-2117 | ☐ Disputed | | |
| Date or dates debt was incurred | **Basis for the Claim:** Deposit for Future Work under DADU Contract | | |
| _____ | | | |
| Last 4 digits of account number ___ ___ ___ ___ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(7)** | | | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |
|---|---|---|---|
| Internal Revenue Service | ☐ Contingent | | |
| PO Box 7346 | ☐ Unliquidated | | |
| Philadelphia, PA 19101-7346 | ☐ Disputed | | |
| Date or dates debt was incurred | **Basis for the Claim:** | | |
| _____ | _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |

**Part 1:** Additional Page

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 | $60,000.00 |

**2.3** Priority creditor's name and mailing address

Kenneth Miller

3421 N 29th St

Tacoma, WA 98407-6250

Date or dates debt was incurred

2022-2023

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Deferred Salary/Wages

Is the claim subject to offset?
☐ No
☑ Yes

$60,000.00          $60,000.00

---

**2.4** Priority creditor's name and mailing address

Mark and Connie Becker

4906 N 19th St

Tacoma, WA 98406-3324

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Deposit for Future Work under
DADU Contract

Is the claim subject to offset?
☑ No
☐ Yes

$35,000.00          $35,000.00

---

**2.5** Priority creditor's name and mailing address

Regina Madeira-Gorden

821 S Huson St

Tacoma, WA 98405-1235

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the Claim:

Deposit for Future Work under
DADU Contract

Is the claim subject to offset?
☑ No
☐ Yes

$18,000.00          $18,000.00

Case 23-41063-BDL    Doc 1    Filed 07/03/23    Ent. 07/03/23 17:01:36    Pg. 21 of 77

| Part 1: | Additional Page |
|---------|-----------------|

**2.6** Priority creditor's name and mailing address

Rick Kane

6103 East F St

Tacoma, WA 98404-1939

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) __(7)__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:
Deposit for Future Work under
DADU Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$15,000.00     $7,000.00

---

**2.7** Priority creditor's name and mailing address

Tyler Hovan

5116 59th Ct Sw

Olympia, WA 98512-1915

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the Claim:
Deposit for Future Work under
DADU Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$120,000.00     $120,000.00

---

**2.8** Priority creditor's name and mailing address

WA Dept. of Labor and Industries

Collections

Po Box 44171

Olympia, WA 98504-4171

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) __(8)__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown     unknown

| Part 1: | Additional Page |
|---|---|

### 2.9

**Priority creditor's name and mailing address**

WA Dept. of Revenue

Bankruptcy/Claims Unit

2101 4th Ave Ste 1400

Seattle, WA 98121-2379

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __(8)__

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$25,000.00       $25,000.00

### 2.10

**Priority creditor's name and mailing address**

WA Employment Security Dept.

UI Tax Admin

Po Box 9046

Olympia, WA 98507-9046

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __(8)__

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown       unknown

Debtor    **DADU Homes, SPC**        Case number *(if known)* _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

#1 Eagle Remodeling LLC

Attn: Adolfo Ramirez

16821 3rd Avenue Ct E

Spanaway, WA 98387-7833

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$15,000.00**

---

**3.2**   Nonpriority creditor's name and mailing address

3dventures, LLC

1308 S I St

Tacoma, WA 98405-5023

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$12,500.00**

---

**3.3**   Nonpriority creditor's name and mailing address

A&H Finish Carpentry, LLC

6603 Waller Rd E

Tacoma, WA 98443-1326

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,720.00**

---

**3.4**   Nonpriority creditor's name and mailing address

ADS Electric LLC

13312 16th Avenue Ct S

Tacoma, WA 98444-2168

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,100.00**

## Part 2: Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**American Express**

**PO Box 31525**

**Salt Lake City, UT 84131**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.6** Nonpriority creditor's name and mailing address

**Ascend Quality Painting**

**13309 98th Avenue Ct E Unit B**

**Puyallup, WA 98373-9137**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$3,900.00

---

**3.7** Nonpriority creditor's name and mailing address

**Boulton Insulation**

**2301 E Q St**

**Tacoma, WA 98421-2604**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$6,314.53

---

**3.8** Nonpriority creditor's name and mailing address

**Bracy & Thomas, Inc.**

**1520 Irving St Sw Unit B**

**Tumwater, WA 98512-6323**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,375.00

---

---

**Part 2:** Additional Page

| | |
|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address** |

**3.9** Nonpriority creditor's name and mailing address

Cabinet World, LLC

3202 20th St E

Fife, WA 98424-1713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$254.63

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Concrete-Mex, LLC

2108 104th St S Apt N104

Tacoma, WA 98444-8103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$825.48

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Crawford Fiberglass Repair

7322 134th Street Ct E

Puyallup, WA 98373-8250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$303.32

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

D&D Electric, LLC

1503 S 11th St

Tacoma, WA 98405-3333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$6,439.37

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case 23-41063-BDL    Doc 1    Filed 07/03/23    Ent. 07/03/23 17:01:36    Pg. 26 of 77

**Part 2:** Additional Page

| **3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,156.25** |

**Darrah Electric, LLC**

**27224 111th Pl SE**

**Kent, WA 98030-9041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| **3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,937.41** |

**Digital Alliance Construction, LLC**

**PO Box 681**

**Enumclaw, WA 98022-0681**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| **3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,380.00** |

**DistribuDoors**

**421 Warde St**

**Auburn, WA 98001-8505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| **3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,384.36** |

**DNC Drywall, LLC**

**31811 Pacific Hwy S Unit B216**

**Federal Way, WA 98003-5646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

| **Part 2:** | Additional Page |
|---|---|

---

**3.17** Nonpriority creditor's name and mailing address

Erik V. Prang

349 NW 49th St

Seattle, WA 98107-3544

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,064.44

---

**3.18** Nonpriority creditor's name and mailing address

Expert Siding, LLC

619 Champion St

Steilacoom, WA 98388-1911

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,405.00

---

**3.19** Nonpriority creditor's name and mailing address

FNH Cleaning Service, LLC

5515 Steilacoom Blvd SW Ste 118

Lakewood, WA 98499-3107

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,665.00

---

**3.20** Nonpriority creditor's name and mailing address

Fortune Insurance

705 S 9th St Ste 302

Tacoma, WA 98405-4600

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$205.00

---

| Part 2: | Additional Page |
| --- | --- |

**3.21** Nonpriority creditor's name and mailing address

Gil's General Construction

805 S 327th St

Federal Way, WA 98003-5936

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$27,500.00

---

**3.22** Nonpriority creditor's name and mailing address

Good News Gutters NW

2311 S 278th St

Federal Way, WA 98003-6944

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,200.00

---

**3.23** Nonpriority creditor's name and mailing address

Hernandez LLC

dba Peninsula Propane

320 Garfield St S Unit 44602

Tacoma, WA 98448-0238

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,344.93

---

**3.24** Nonpriority creditor's name and mailing address

Iross Fine Painting

27002 191st Pl SE

Covington, WA 98042-8489

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,000.00

**Part 2:**   Additional Page

---

**3.25**   **Nonpriority creditor's name and mailing address**

**Jennifer Catino**

**fka Jennifer Schneider**

**4301 N 33rd St**

**Tacoma, WA 98407-5508**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

---

**3.26**   **Nonpriority creditor's name and mailing address**

**Jill Sousa Architect, LLC**

**PO Box 7509**

**Tacoma, WA 98417-0509**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$300.00

---

**3.27**   **Nonpriority creditor's name and mailing address**

**Kabbage**

**730 Peachtree St Ne Ste 1100**

**Atlanta, GA 30308-1263**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

---

**3.28**   **Nonpriority creditor's name and mailing address**

**Kenneth Miller**

**3421 N 29th St**

**Tacoma, WA 98407-6250**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$8,314.21

---

Case 23-41063-BDL    Doc 1    Filed 07/03/23    Ent. 07/03/23 17:01:36    Pg. 30 of 77

| Part 2: | Additional Page |
|---|---|

**3.29**   Nonpriority creditor's name and mailing address

Kreated Kai Design, LLC

314 N G St Apt E1

Tacoma, WA 98403-2246

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$15,000.00

---

**3.30**   Nonpriority creditor's name and mailing address

MB Dirtworks

14904 272nd Ave E

Buckley, WA 98321-9100

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$17,250.00

---

**3.31**   Nonpriority creditor's name and mailing address

MCM Drywall, Inc.

602 29th St SE Trlr 58

Auburn, WA 98002-7781

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$5,600.00

---

**3.32**   Nonpriority creditor's name and mailing address

Merchants Bonding Co.

Attn: Amy Baker

PO Box 14498

Des Moines, IA 50306-3498

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

Case 23-41063-BDL    Doc 1    Filed 07/03/23    Ent. 07/03/23 17:01:36    Pg. 31 of 77

| Part 2: | Additional Page |
|---|---|

**3.33**   Nonpriority creditor's name and mailing address

Meridian Center Electric

11109 66th Ave E

Puyallup, WA 98373-4136

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

<u>unknown</u>

---

**3.34**   Nonpriority creditor's name and mailing address

MN Stoneworks, Inc.

1508 O St SW Ste 105

Auburn, WA 98001-6566

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

<u>$3,101.00</u>

---

**3.35**   Nonpriority creditor's name and mailing address

Narrows HVAC Inc

5121 S Burlington Way

Tacoma, WA 98409-2805

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

<u>$17,767.50</u>

---

**3.36**   Nonpriority creditor's name and mailing address

National Construction Rentals, Inc.

PO Box 841461

Los Angeles, CA 90084-0001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

<u>$567.41</u>

## Part 2:  Additional Page

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 |
|---|---|---|---|

**3.37** Nonpriority creditor's name and mailing address
New World Design, LLC

6615 100th St SW

Lakewood, WA 98499-1707

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$200.00

---

**3.38** Nonpriority creditor's name and mailing address
Northwest Air Sealing, Inc.

4318 S 9th St

Tacoma, WA 98405-1539

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$382.73

---

**3.39** Nonpriority creditor's name and mailing address
Overhead Door

2017 70th Ave W

Tacoma, WA 98466-5540

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,847.00

---

**3.40** Nonpriority creditor's name and mailing address
Pher Ventures, LLC

dba Broussard Home Services

21818 Mountain Hwy E # 139

Spanaway, WA 98387-7543

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,940.00

| Part 2: | Additional Page |

---

**3.41** Nonpriority creditor's name and mailing address

Pierce Co. Plumbing, Inc.

412 296th St E

Roy, WA 98580-8509

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$31,105.99

---

**3.42** Nonpriority creditor's name and mailing address

Pinnacle Lumber

PO Box 1703

Tacoma, WA 98401-1703

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$22,497.92

---

**3.43** Nonpriority creditor's name and mailing address

Puget Sound Structural Engineering

PO Box 5096

Tacoma, WA 98415-0096

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,500.00

---

**3.44** Nonpriority creditor's name and mailing address

R&R Construction Concrete LLC

2718 96th St E

Tacoma, WA 98445-5734

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$12,000.00

---

Case 23-41063-BDL    Doc 1    Filed 07/03/23    Ent. 07/03/23 17:01:36    Pg. 34 of 77

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $6,500.00 |

**3.45** Nonpriority creditor's name and mailing address

Sal's Gen-Con & Drywall LLC

PO Box 4651

Spanaway, WA 98387-4043

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $6,500.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

Sandy's Concrete Inc.

PO Box 7634

Tacoma, WA 98417-0634

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $21,895.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

South Sound Services Junk Removal

12921 74th Ave E

Puyallup, WA 98373-5343

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,650.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

Sun's Eye Solar Power

5249 S Puget Sound Ave Ste B

Tacoma, WA 98409-4335

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**Part 2:** Additional Page

---

**3.49** Nonpriority creditor's name and mailing address

SVR Construction Inc.

3109 Brookdale Rd E

Tacoma, WA 98446-1626

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $36,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.50** Nonpriority creditor's name and mailing address

The Doty Group

1102 Broadway Ste 400

Tacoma, WA 98402-3526

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.51** Nonpriority creditor's name and mailing address

The Window Store

3407 State Highway 2

Wrightwood, CA 92397

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $2,202.26
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.52** Nonpriority creditor's name and mailing address

Tomishinets LLC

1210 15th Ave SW

Puyallup, WA 98371-7324

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $350.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Case 23-41063-BDL   Doc 1   Filed 07/03/23   Ent. 07/03/23 17:01:36   Pg. 36 of 77

| **Part 2:** | Additional Page |

---

**3.53** Nonpriority creditor's name and mailing address

Umpqua Bank

2720 N Proctor St

Tacoma, WA 98407-5228

Date or dates debt was incurred _____

Last 4 digits of account number    0   5   8   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$8,246.00

---

**3.54** Nonpriority creditor's name and mailing address

Vandeberg Johnson & Gandara LLP

PO Box 1315

Tacoma, WA 98401-1315

Date or dates debt was incurred _____

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,164.21

---

**3.55** Nonpriority creditor's name and mailing address

Vivid Construction LLP

c/o Aiden Koenig

3722 N 8th St

Tacoma, WA 98406-4914

Date or dates debt was incurred _____

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,471.20

---

**3.56** Nonpriority creditor's name and mailing address

Vlad's Carpet LLC

13638 SE 274th Pl

Kent, WA 98042-9078

Date or dates debt was incurred _____

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,138.50

---

Case 23-41063-BDL    Doc 1    Filed 07/03/23    Ent. 07/03/23 17:01:36    Pg. 37 of 77

**Part 2:** Additional Page

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.57** Nonpriority creditor's name and mailing address

Waits Davis Construction LLC

4005 S Warner St Apt 2

Tacoma, WA 98409-4604

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 23-41063-BDL    Doc 1    Filed 07/03/23    Ent. 07/03/23 17:01:36    Pg. 38 of 77

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| 4.1 **Smith Alling, PS**<br>**Attn: Russell A. Knight**<br>**1501 Dock St**<br>**Tacoma, WA 98402-3209** | Line **3.25**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **US Attorney's Office**<br>**Attn: Civil Process Clerk**<br>**700 Stewart St Room 5220**<br>**Seattle, WA 98101** | Line **2.2**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **WA Office of the Attorney General**<br>**Bankruptcy & Collections Unit**<br>**800 5th Ave Ste 2000**<br>**Seattle, WA 98104-3188** | Line **2.9**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Case 23-41063-BDL    Doc 1    Filed 07/03/23    Ent. 07/03/23 17:01:36    Pg. 39 of 77

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $299,000.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $359,965.65 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $658,965.65 |

Case 23-41063-BDL     Doc 1     Filed 07/03/23     Ent. 07/03/23 17:01:36     Pg. 40 of 77

Fill in this information to identify the case:

| Debtor name | DADU Homes, SPC |
|---|---|
| United States Bankruptcy Court for the: | Western District of Washington |
| Case number (if known): | Chapter ___7___ |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Pre-construction Services Agreement<br>Contract to be REJECTED | Alexandra Carr and Gabriel Feenen<br>4412 N 15th St<br>Tacoma, WA 98406-3726 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Pre-construction Services Agreement<br>Contract to be REJECTED | Matthew and Holly Renner<br>1211 North K St<br>Tacoma, WA 98403-1833 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Pre-construction Services Agreement<br>Contract to be REJECTED | Arianna Flores and Jason Rimando<br>1820 Whiteman Rd SW<br>Lakebay, WA 98349-9795 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Pre-construction Services Agreement<br>Contract to be REJECTED | Essie Alley<br>1502 S Alder St<br>Tacoma, WA 98405-2435 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction of an ADA-compliant studio detached accessory dwelling unit <br><br> Contract to be REJECTED | Mark and Connie Becker <br><br> 4906 N 19th St <br><br> Tacoma, WA 98406-3324 |
| | **State the term remaining** | 0 months | |
| | **List the contract number of any government contract** | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction of detached accessory dwelling unit <br><br> Contract to be REJECTED | Aaron and Jennifer Jacobs <br><br> 1218 North I St <br><br> Tacoma, WA 98403-2117 |
| | **State the term remaining** | 0 months | |
| | **List the contract number of any government contract** | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction of detached accessory dwelling unit <br><br> Contract to be REJECTED | Matthew and Kaitlin Jorgenson <br><br> 4921 N 21st St <br><br> Tacoma, WA 98406 |
| | **State the term remaining** | 0 months | |
| | **List the contract number of any government contract** | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction of detached accessory dwelling unit <br><br> Contract to be REJECTED | Tyler Hovan <br><br> 5116 59th Ct Sw <br><br> Olympia, WA 98512-1915 |
| | **State the term remaining** | 0 months | |
| | **List the contract number of any government contract** | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction of detached accessory dwelling unit <br><br> Contract to be REJECTED | Rick Kane <br><br> 6103 East F St <br><br> Tacoma, WA 98404-1939 |
| | **State the term remaining** | 0 months | |
| | **List the contract number of any government contract** | | |

Case 23-41063-BDL    Doc 1    Filed 07/03/23    Ent. 07/03/23 17:01:36    Pg. 42 of 77

| Debtor | DADU Homes, SPC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

**2.10**

| **State what the contract or lease is for and the nature of the debtor's interest** | Construction of detached accessory dwelling unit | Regina Madeira-Gorden |
| | | 821 S Huson St |
| | Contract to be REJECTED | Tacoma, WA 98405-1235 |
| **State the term remaining** | 0 months | |
| **List the contract number of any government contract** | | |

**2.11**

| **State what the contract or lease is for and the nature of the debtor's interest** | Construction of detached accessory dwelling unit | Andrew and Patricia McElwain |
| | | 4101 North 18th St |
| | Contract to be REJECTED | Tacoma, WA 98406-4715 |
| **State the term remaining** | 0 months | |
| **List the contract number of any government contract** | | |

Case 23-41063-BDL    Doc 1    Filed 07/03/23    Ent. 07/03/23 17:01:36    Pg. 43 of 77

Debtor name __**DADU Homes, SPC**__

United States Bankruptcy Court for the: __**Western**__ District of __**Washington**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, **Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 Kenneth Miller | 3421 N 29th St<br>Street<br><br>Tacoma, WA 98407-6250<br>City  State  ZIP Code | US Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| | | Business Impact NW | ☑ D<br>☐ E/F<br>☐ G |
| | | Jennifer Catino | ☐ D<br>☑ E/F<br>☐ G |
| | | Merchants Bonding Co. | ☐ D<br>☑ E/F<br>☐ G |
| | | Umpqua Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Merchants Bonding Co. | PO Box 14498<br>Street<br>Attn: Amy Baker<br><br>Des Moines, IA 50306-3498<br>City  State  ZIP Code | Jennifer Catino | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br><br>_____<br>City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City        State        ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.5 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City        State        ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City        State        ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

Debtor name           DADU Homes, SPC

United States Bankruptcy Court for the:

          Western District of Washington

Case number (if known): _____     Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

       Copy line 88 from *Schedule A/B*.................................................................................

       $0.00

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B*.............................................................................

       $55,123.00

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B*...............................................................................

       $55,123.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    $250,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................

       $299,000.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

       +    $359,965.65

4. **Total liabilities**..........................................................................................................

    Lines 2 + 3a + 3b

    $908,965.65

Fill in this information to identify the case:

Debtor name     DADU Homes, SPC

United States Bankruptcy Court for the:

Western District of Washington

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u> to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | <u>$679,086.17</u> |
| **For prior year:** | From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | <u>$2,792,508.64</u> |
| **For the year before that:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | <u>$1,757,970.52</u> |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u> to   Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Debtor | DADU Homes, SPC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. WA Dept. of Revenue<br>Creditor's name<br>2101 4th Ave Ste 1400<br>Street<br>Bankruptcy/Claims Unit<br>Seattle, WA 98121-2379<br>City  State  ZIP Code | 05/30/2023 | $15,297.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Taxes |
| 3.2. American Express<br>Creditor's name<br>PO Box 31525<br>Street<br>Salt Lake City, UT 84131<br>City  State  ZIP Code | Multiple Dates | $20,249.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Credit Card |
| 3.3. Vivid Construction LLP<br>Creditor's name<br>3722 N 8th St<br>Street<br>c/o Aiden Koenig<br>Tacoma, WA 98406-4914<br>City  State  ZIP Code | Multiple Dates | $12,281.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.4. Kabbage<br>Creditor's name<br>730 Peachtree St Ne Ste 1100<br>Street<br>Atlanta, GA 30308-1263<br>City  State  ZIP Code | 04/20/2023 | $9,674.92 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.5. Pierce Co. Plumbing, Inc.<br>Creditor's name<br>412 296th St E<br>Street<br>Roy, WA 98580-8509<br>City  State  ZIP Code | Multiple Dates | $45,396.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

Case 23-41063-BDL  Doc 1  Filed 07/03/23  Ent. 07/03/23 17:01:36  Pg. 48 of 77

| 3.6. | The Doty Group | Multiple Dates | $22,755.00 |
| | Creditor's name | | |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other _____

1102 Broadway Ste 400
Street

Tacoma, WA 98402-3526
City          State     ZIP Code

| 3.7. | ADS Electric LLC | Multiple Dates | $12,500.00 |
| | Creditor's name | | |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

13312 16th Avenue Ct S
Street

Tacoma, WA 98444-2168
City          State     ZIP Code

| 3.8. | Darrah Electric, LLC | Multiple Dates | $26,350.00 |
| | Creditor's name | | |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

27224 111th Pl SE
Street

Kent, WA 98030-9041
City          State     ZIP Code

| 3.9. | Pinnacle Lumber | 05/15/2023 | $24,954.04 |
| | Creditor's name | | |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

PO Box 1703
Street

Tacoma, WA 98401-1703
City          State     ZIP Code

| 3.10. | #1 Eagle Remodeling LLC | Multiple Dates | $43,612.00 |
| | Creditor's name | | |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

16821 3rd Avenue Ct E
Street
Attn: Adolfo Ramirez

Spanaway, WA 98387-7833
City          State     ZIP Code

| 3.11. | Expert Siding, LLC | Multiple Dates | $12,500.00 |
| | Creditor's name | | |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

619 Champion St
Street

Steilacoom, WA 98388-1911
City          State     ZIP Code

| 3.12. | SVR Construction Inc. | Multiple Dates | $31,825.00 |
| | Creditor's name | | |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

3109 Brookdale Rd E
Street

Tacoma, WA 98446-1626
City          State     ZIP Code

**3.13.** Sun's Eye Solar Power
Creditor's name

5249 S Puget Sound Ave Ste B
Street

Tacoma, WA 98409-4335
City      State    ZIP Code

Multiple Dates     $8,605.36

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**3.14.** Gil's General Construction
Creditor's name

805 S 327th St
Street

Federal Way, WA 98003-5936
City      State    ZIP Code

Multiple Dates     $23,000.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**3.15.** Kreated Kai Design, LLC
Creditor's name

314 N G St Apt E1
Street

Tacoma, WA 98403-2246
City      State    ZIP Code

Multiple Dates     $10,000.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**3.16.** Meridian Center Electric
Creditor's name

11109 66th Ave E
Street

Puyallup, WA 98373-4136
City      State    ZIP Code

05/05/2023     $9,384.80

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**3.17.** Steady Air, LLC
Creditor's name

27327 Meridian E
Street

Graham, WA 98338-6964
City      State    ZIP Code

Multiple Dates     $11,170.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**3.18.** Vlad's Carpet LLC
Creditor's name

13638 SE 274th Pl
Street

Kent, WA 98042-9078
City      State    ZIP Code

Multiple Dates     $12,018.46

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**3.19.** Waits Davis Construction LLC
Creditor's name

4005 S Warner St Apt 2
Street

Tacoma, WA 98409-4604
City      State    ZIP Code

Multiple Dates     $15,485.59

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Kenneth Miller <br> Creditor's name <br><br> 3421 N 29th St <br> Street <br><br><br> Tacoma, WA 98407-6250 <br> City            State      ZIP Code | Multiple Dates | $54,967.19 | Compensation/Loan Repayments, which breaks down as follows Deferred Payroll = $60,000.00 Loan to DADU = $8,314.21 Loan from DADU = -54,967.19 (Cumulative transfers from DADU to Miller) Total Net Claims = $13,347.02 owed to Mr. Miller at time of filing |
| **Relationship to debtor** <br><br> President, CEO, and Founder | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. <br> Creditor's name <br><br> Street <br><br><br> City            State      ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. <br> Creditor's name <br><br> Street <br><br><br> City            State      ZIP Code | XXXX– __ __ __ __ | | |

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

❏ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Jennifer Catino fka Jennifer Schneider v. DADU Homes SPC; Merchants Bonding Co, Acct No. WA5563530; and Kenneth Robert Miller and Jane Doe Miller | Breach of Contract | Pierce County Superior Court<br>Name<br><br>Street<br><br><br>City          State     ZIP Code | ☑ Pending<br>❏ On appeal<br>❏ Concluded |

**Case number**

23-2-07455-1

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name<br><br>Street<br><br><br>City          State     ZIP Code | | |
| | | **Case title** | **Court name and address**<br>Name<br><br>Street<br><br><br>City          State     ZIP Code |
| | | **Case number** | |
| | | **Date of order or assignment** | |

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

❏ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Kacey Guin<br>Recipient's name<br><br>Street<br><br>WA<br>City          State     ZIP Code | 1 Finished Tiny House/DADU Unit, at cost/no profit, for promise to rent affordably to low-income people for five years or more | 2022 | $25,000.00 |

**Recipient's relationship to debtor**

Case 23-41063-BDL   Doc 1   Filed 07/03/23   Ent. 07/03/23 17:01:36   Pg. 52 of 77

Debtor  DADU Homes, SPC                                         Case number *(if known)* _____
        Name

| 9.2. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Peace Lutheran Church
Recipient's name

8316 39th Ave Sw
Street

_____

Seattle, WA 98136-2351
City                State    ZIP Code

**Recipient's relationship to debtor**

_____

Description of the gifts or contributions: 1 Finished Tiny House/DADU Unit, at cost/no profit, for promise to rent affordably to low-income people for five years or more

Dates given: 2022

Value: $25,000.00

---

**Part 5:  Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|---|

Amount of payments received for the loss: If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*).

10.1. _____

---

**Part 6:  Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Scordato Law, PLLC | Attorney's Fee | 6/26/2023 | $2,500.00 |
| | | Filing Fee | 06/26/2023 | $338.00 |

**Address**

PO Box 1962
Street

_____

Seattle, WA 98111-1962
City                State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

Kenneth Miller

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | US Small Business Administration | EIDL Program - UCC Financing Statement securing "all tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts (i) commercial tort claims, (j) general intangibles, including payment intangibles and software, and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies, and replacements for the Collateral, all products, proceeds, and collections thereof and all records and data relating thereto. | 09/18/2021 | (Unknown) |
| | **Address** | | | |
| | 409 3rd St SW<br>Street | | | |
| | Washington, DC 20416<br>City     State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Business Impact NW | UCC Financing Statement securing all inventory, chattel paper, accounts, equipment and general intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds). | 09/08/2021 | (Unknown) |
| | **Address** | | | |
| | 1437 S Jackson St<br>Street | | | |
| | Seattle Economic Development Fund | | | |
| | Seattle, WA 98144<br>City     State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❏ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. <u>2522 N Proctor St Pmb 534</u><br>Street<br><br><u>Tacoma, WA 98406-5338</u><br>City          State    ZIP Code | From  <u>10/24/2018</u>   To  _____ |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❏ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | _____<br><br>**Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.<br><br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>❏ Electronically<br>❏ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❏ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ❏ No

    ❏ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Debtor | DADU Homes, SPC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State     ZIP Code | | |

---

Case 23-41063-BDL     Doc 1     Filed 07/03/23     Ent. 07/03/23 17:01:36     Pg. 57 of 77

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State    ZIP Code | City                State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State    ZIP Code | City                State    ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| | | |
| City          State    ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Case 23-41063-BDL    Doc 1    Filed 07/03/23    Ent. 07/03/23 17:01:36    Pg. 58 of 77

| Debtor | DADU Homes, SPC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name and address | Dates of service |
|---|---|

**26a.1.** The Doty Group
Name

1102 Broadway Ste 400
Street

Tacoma, WA 98402-3526
City                    State            ZIP Code

From 2018          To Present

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

**26b.1.** The Doty Group
Name

1102 Broadway Ste 400
Street

Tacoma, WA 98402-3526
City                    State            ZIP Code

From 2018          To Present

| Name and address | Dates of service |
|---|---|

**26b.2.** Miller, Kenneth
Name

3421 N 29th St
Street

Tacoma, WA 98407-6250
City                    State            ZIP Code

From 2018          To Present

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

**26c.1.**
Miller, Kenneth
Name

3421 N 29th St
Street

Tacoma, WA 98407-6250
City                    State            ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

**26c.2.**
The Doty Group
Name

1102 Broadway Ste 400
Street

Tacoma, WA 98402-3526
City                    State            ZIP Code

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Debtor | DADU Homes, SPC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name and address |
|---|

26d.1. US Small Business Administration
Name

409 3rd St SW
Street

Washington, DC 20416
City                          State          ZIP Code

| Name and address |
|---|

26d.2. Business Impact NW
Name

1437 S Jackson St
Street

Seattle Economic Development Fund

Seattle, WA 98144
City                          State          ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Kenneth Miller | 2022 | $119,536.00 |

| Name and address of the person who has possession of inventory records |
|---|

27.1. Miller, Kenneth
Name

3421 N 29th St
Street

Tacoma, WA 98407-6250
City                          State          ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Kenneth Miller | 06/28/2023 | $66,555.59 |

| Name and address of the person who has possession of inventory records |
|---|

27.2. Miller, Kenneth
Name

3421 N 29th St
Street

Tacoma, WA 98407-6250
City                          State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Miller, Kenneth | 3421 N 29th St Tacoma, WA 98407-6250 | President, CEO, Founder, Shareholder | 100.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ | _____ | From _____ |
|  |  |  | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. Kenneth Miller<br>Name<br><br>3421 N 29th St<br>Street<br><br>Tacoma, WA 98407-6250<br>City          State          ZIP Code | $54,967.19 | Multiple Dates | YTD Deferred Payroll = $60,000.00 Loan to DADU = $8,314.21 Loan from DADU = -54,967.19 (Cumulative transfers from DADU to Miller) Total Net Claims = $13,347.02 owed to Mr. Miller at time of filing |

| Relationship to debtor |
|------------------------|
| President, CEO, and Founder |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____07/03/2023_____
MM/  DD/  YYYY

Case 23-41063-BDL    Doc 1    Filed 07/03/23    Ent. 07/03/23 17:01:36    Pg. 61 of 77

| Debtor | DADU Homes, SPC | Case number *(if known)* _____ |
|--------|----------------|--------------------------------------|
|        | Name           |                                      |

**X** /s/ Kenneth Miller _____          Printed name _____ Kenneth Miller _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____ President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name          DADU Homes, SPC

United States Bankruptcy Court for the:

        Western District of Washington

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | #1 Eagle Remodeling LLC Attn: Adolfo Ramirez 16821 3rd Avenue Ct E Spanaway, WA 98387-7833 | | | | | | $15,000.00 |
| 2 | 3dventures, LLC 1308 S I St Tacoma, WA 98405-5023 | | | | | | $12,500.00 |
| 3 | Aaron and Jennifer Jacobs 1218 North I St Tacoma, WA 98403-2117 | | Deposit for Future Work under DADU Contract | | | | $26,000.00 |
| 4 | Business Impact NW Seattle Economic Development Fund 1437 S Jackson St Seattle, WA 98144 | | UCC-1 | | | | $90,000.00 |
| 5 | Gil's General Construction 805 S 327th St Federal Way, WA 98003-5936 | | | | | | $27,500.00 |
| 6 | Kreated Kai Design, LLC 314 N G St Apt E1 Tacoma, WA 98403-2246 | | | | | | $15,000.00 |
| 7 | Mark and Connie Becker 4906 N 19th St Tacoma, WA 98406-3324 | | Deposit for Future Work under DADU Contract | | | | $35,000.00 |
| 8 | MB Dirtworks 14904 272nd Ave E Buckley, WA 98321-9100 | | | | | | $17,250.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Narrows HVAC Inc<br>5121 S Burlington Way<br>Tacoma, WA 98409-2805 | | | | | | $17,767.50 |
| 10  Pierce Co. Plumbing, Inc.<br>412 296th St E<br>Roy, WA 98580-8509 | | | | | | $31,105.99 |
| 11  Pinnacle Lumber<br>PO Box 1703<br>Tacoma, WA 98401-1703 | | | | | | $22,497.92 |
| 12  R&R Construction Concrete LLC<br>2718 96th St E<br>Tacoma, WA 98445-5734 | | | | | | $12,000.00 |
| 13  Regina Madeira-Gorden<br>821 S Huson St<br>Tacoma, WA 98405-1235 | | Deposit for Future Work under DADU Contract | Unliquidated | | | $18,000.00 |
| 14  Rick Kane<br>6103 East F St<br>Tacoma, WA 98404-1939 | | Deposit for Future Work under DADU Contract | | | | $15,000.00 |
| 15  Sandy's Concrete Inc.<br>PO Box 7634<br>Tacoma, WA 98417-0634 | | | | | | $21,895.00 |
| 16  SVR Construction Inc.<br>3109 Brookdale Rd E<br>Tacoma, WA 98446-1626 | | | | | | $36,000.00 |
| 17  Tyler Hovan<br>5116 59th Ct Sw<br>Olympia, WA 98512-1915 | | Deposit for Future Work under DADU Contract | Unliquidated | | | $120,000.00 |
| 18  US Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | | EIDL Program | | | | $160,000.00 |
| 19  Vivid Construction LLP<br>c/o Aiden Koenig<br>3722 N 8th St<br>Tacoma, WA 98406-4914 | | | | | | $12,471.20 |
| 20  WA Dept. of Revenue<br>Bankruptcy/Claims Unit<br>2101 4th Ave Ste 1400<br>Seattle, WA 98121-2379 | | | | | | $25,000.00 |

Case 23-41063-BDL    Doc 1    Filed 07/03/23    Ent. 07/03/23 17:01:36    Pg. 64 of 77

# United States Bankruptcy Court
## Western District of Washington

**In re**     DADU Homes, SPC

Case No. _____

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ **FLAT FEE**

For legal services, I have agreed to accept ........................................................................................     $2,500.00

Prior to the filing of this statement I have received ...............................................................     $2,500.00

Balance Due .........................................................................................................................     $0.00

☐ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ...................................     _____

The undersigned shall bill against the retainer at an hourly rate of .........................................     _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and
expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

☐ Debtor          ☑ Other (specify)     Kenneth Miller _____

3.    The source of compensation to be paid to me is:

☐ Debtor          ☑ Other (specify)     Kenneth Miller _____

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

a. Responding to any motions regardless of the filing party, including, but not limited to, the following: Motion for Relief from Stay Motion to Abandon Property, and/or Motion for Redemption of Property
b. Adversary Proceedings of any kind
c. Responding to and/or Representation at Bankruptcy Rule 2004 Examinations
d. Amendments to Bankruptcy Schedules or Statements after filing
e. Preparation and/or Review of Reaffirmation Agreements
f. Services Related to Recovery of Garnished Funds and/or Motions or Adversary Proceedings for Turnover of Estate Property
g. Judgment Lien Avoidance or Lien Stripping
h. Reopening of the Bankruptcy Case for any reason, including for entry of discharge
i. Adding additional creditors to a filed bankruptcy case
j. Any other miscellaneous motion or adversary matter not described above.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 07/03/2023 | /s/ Kathryn P. Scordato |
|---|---|
| *Date* | Kathryn P. Scordato |
| | *Signature of Attorney* |

Bar Number: 41922
Scordato Law, PLLC
PO Box 1962
Seattle, WA 98111-1962
Phone: (206) 223-9595

Scordato Law, PLLC
*Name of law firm*

---

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

IN RE: **DADU Homes, SPC**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____07/03/2023_____    Signature _____/s/ Kenneth Miller_____

Kenneth Miller, President

#1 Eagle Remodeling LLC
Attn: Adolfo Ramirez
16821 3rd Avenue Ct E
Spanaway, WA 98387-7833


3dventures, LLC
1308 S I St
Tacoma, WA 98405-5023


A&H Finish Carpentry, LLC
6603 Waller Rd E
Tacoma, WA 98443-1326


Aaron and Jennifer Jacobs
1218 North I St
Tacoma, WA 98403-2117


ADS Electric LLC
13312 16th Avenue Ct S
Tacoma, WA 98444-2168


Alexandra Carr
4412 N 15th St
Tacoma, WA 98406-3726


American Express
PO Box 31525
Salt Lake City, UT 84131


Andrew and Patricia McElwain
4101 North 18th St
Tacoma, WA 98406-4715

Arianna Flores and Jason
Rimando
1820 Whiteman Rd SW
Lakebay, WA 98349-9795


Ascend Quality Painting
13309 98th Avenue Ct E Unit B
Puyallup, WA 98373-9137


Boulton Insulation
2301 E Q St
Tacoma, WA 98421-2604


Bracy & Thomas, Inc.
1520 Irving St Sw Unit B
Tumwater, WA 98512-6323


Business Impact NW
Seattle Economic Development Fund
1437 S Jackson St
Seattle, WA 98144


Cabinet World, LLC
3202 20th St E
Fife, WA 98424-1713


Concrete-Mex, LLC
2108 104th St S Apt N104
Tacoma, WA 98444-8103


Crawford Fiberglass Repair
7322 134th Street Ct E
Puyallup, WA 98373-8250

D&D Electric, LLC
1503 S 11th St
Tacoma, WA 98405-3333


Darrah Electric, LLC
27224 111th Pl SE
Kent, WA 98030-9041


Digital Alliance Construction,
LLC
PO Box 681
Enumclaw, WA 98022-0681


DistribuDoors
421 Warde St
Auburn, WA 98001-8505


DNC Drywall, LLC
31811 Pacific Hwy S Unit B216
Federal Way, WA 98003-5646


Erik V. Prang
349 NW 49th St
Seattle, WA 98107-3544


Essie Alley
1502 S Alder St
Tacoma, WA 98405-2435


Expert Siding, LLC
619 Champion St
Steilacoom, WA 98388-1911

**FNH Cleaning Service, LLC**
5515 Steilacoom Blvd SW Ste 118
Lakewood, WA 98499-3107

**Fortune Insurance**
705 S 9th St Ste 302
Tacoma, WA 98405-4600

**Gil's General Construction**
805 S 327th St
Federal Way, WA 98003-5936

**Good News Gutters NW**
2311 S 278th St
Federal Way, WA 98003-6944

**Hernandez LLC**
dba Peninsula Propane
320 Garfield St S Unit 44602
Tacoma, WA 98448-0238

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**Iross Fine Painting**
27002 191st Pl SE
Covington, WA 98042-8489

**Jennifer Catino**
fka Jennifer Schneider
4301 N 33rd St
Tacoma, WA 98407-5508

Jill Sousa Architect, LLC
PO Box 7509
Tacoma, WA 98417-0509

Kabbage
730 Peachtree St Ne Ste 1100
Atlanta, GA 30308-1263

Kenneth Miller
3421 N 29th St
Tacoma, WA 98407-6250

Kreated Kai Design, LLC
314 N G St Apt E1
Tacoma, WA 98403-2246

Mark and Connie Becker
4906 N 19th St
Tacoma, WA 98406-3324

Matthew and Holly Renner
1211 North K St
Tacoma, WA 98403-1833

Matthew and Kaitlin
Jorgenson
4921 N 21st St
Tacoma, WA 98406

MB Dirtworks
14904 272nd Ave E
Buckley, WA 98321-9100

MCM Drywall, Inc.
602 29th St SE Trlr 58
Auburn, WA 98002-7781


Merchants Bonding Co.
Attn: Amy Baker
PO Box 14498
Des Moines, IA 50306-3498


Meridian Center Electric
11109 66th Ave E
Puyallup, WA 98373-4136


MN Stoneworks, Inc.
1508 O St SW Ste 105
Auburn, WA 98001-6566


Narrows HVAC Inc
5121 S Burlington Way
Tacoma, WA 98409-2805


National Construction
Rentals, Inc.
PO Box 841461
Los Angeles, CA 90084-0001


New World Design, LLC
6615 100th St SW
Lakewood, WA 98499-1707


Northwest Air Sealing, Inc.
4318 S 9th St
Tacoma, WA 98405-1539

Overhead Door
2017 70th Ave W
Tacoma, WA 98466-5540


Pher Ventures, LLC
dba Broussard Home Services
21818 Mountain Hwy E # 139
Spanaway, WA 98387-7543


Pierce Co. Plumbing, Inc.
412 296th St E
Roy, WA 98580-8509


Pinnacle Lumber
PO Box 1703
Tacoma, WA 98401-1703


Puget Sound Structural
Engineering
PO Box 5096
Tacoma, WA 98415-0096


R&R Construction Concrete
LLC
2718 96th St E
Tacoma, WA 98445-5734


Regina Madeira-Gorden
821 S Huson St
Tacoma, WA 98405-1235


Rick Kane
6103 East F St
Tacoma, WA 98404-1939

Sal's Gen-Con & Drywall LLC
PO Box 4651
Spanaway, WA 98387-4043

Sandy's Concrete Inc.
PO Box 7634
Tacoma, WA 98417-0634

Smith Alling, PS
Attn: Russell A. Knight
1501 Dock St
Tacoma, WA 98402-3209

South Sound Services Junk
Removal
12921 74th Ave E
Puyallup, WA 98373-5343

Sun's Eye Solar Power
5249 S Puget Sound Ave Ste B
Tacoma, WA 98409-4335

SVR Construction Inc.
3109 Brookdale Rd E
Tacoma, WA 98446-1626

The Doty Group
1102 Broadway Ste 400
Tacoma, WA 98402-3526

The Window Store
3407 State Highway 2
Wrightwood, CA 92397

Tomishinets LLC
1210 15th Ave SW
Puyallup, WA 98371-7324


Tyler Hovan
5116 59th Ct Sw
Olympia, WA 98512-1915


Umpqua Bank
2720 N Proctor St
Tacoma, WA 98407-5228


US Attorney's Office
Attn: Civil Process Clerk
700 Stewart St Room 5220
Seattle, WA 98101


US Small Business
Administration
409 3rd St SW
Washington, DC 20416


US Small Business
Administration
2401 4th Ave Ste 400
Seattle, WA 98121


US Small Business
Administration
1545 Hawkins Blvd Ste 202
El Paso, TX 79925-2654


Vandeberg Johnson &
Gandara LLP
PO Box 1315
Tacoma, WA 98401-1315

Vivid Construction LLP
c/o Aiden Koenig
3722 N 8th St
Tacoma, WA 98406-4914


Vlad's Carpet LLC
13638 SE 274th Pl
Kent, WA 98042-9078


WA Dept. of Labor and
Industries
Collections
Po Box 44171
Olympia, WA 98504-4171

WA Dept. of Revenue
Bankruptcy/Claims Unit
2101 4th Ave Ste 1400
Seattle, WA 98121-2379


WA Employment Security
Dept.
UI Tax Admin
Po Box 9046
Olympia, WA 98507-9046


WA Office of the Attorney
General
Bankruptcy & Collections Unit
800 5th Ave Ste 2000
Seattle, WA 98104-3188


Waits Davis Construction LLC
4005 S Warner St Apt 2
Tacoma, WA 98409-4604